**UNSWORN CERTIFICATE OF SERVICE**

February 22, 2019

RE: Allison Miller Waterbury
    Bky. Case No. 18-42930
    Adv. Case No. 19-04041
    Allison Miller Waterbury vs. American University of Antigua

I certify that on February 22, 2019, I caused the attached letter(s) and documents described in the attached letter(s) to be served on the party(ies) named in the attached letter on the above-mentioned date, by placing true and correct copies thereof in envelopes addressed to each party listed on the attached letter and deposited the same in the United States Mail (certified mail), Minneapolis, Minnesota.

Dated: February 22, 2019

                                          /e/ Michael K. Hoverson
                                          Hoverson Law Offices, P.A.
                                          Attorney for Plaintiff
                                          333 Washington Avenue N., Suite 300
                                          Minneapolis, MN 55401
                                          (612) 349-2728
                                          Attorney I.D. No. 175948

**HOVERSON LAW OFFICES, P.A.**

300 UNION PLAZA
333 WASHINGTON AVENUE NORTH
MINNEAPOLIS, MINNESOTA 55401
PH. 612.349.2728  FX. 612.349.2726
hoverson@bitstream.net
www.hoversonlaw.com

February 22, 2019

American University of Antigua
c/o Manipal Education Americas, LLC
attn: Prabhu Marudheri
One Battery Park Plaza, 33rd Floor
New York, NY 10004

RE: Allison Miller Waterbury
    Bky. Case No. 18-42930
    Adv. Case No. 19-04041
    Allison Miller Waterbury vs. American University of Antigua

Dear Mr. Marudheri:

Enclosed herein and served upon you by certified first class U.S. Mail postage prepaid, please find **SUMMONS** and **COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBTS** regarding the above-mentioned matter.

Sincerely,

Michael K. Hoverson
Attorney at Law

enclosures

cc: Allison Waterbury

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

American University of Antigua
c/o Manipal Education Americas, LLC
Attn: Prabhu Marudheri
One Battery Park Plaza, 33rd Floor
New York, NY 10004

9590 9403 0446 5169 1425 66

2. Article Number (Transfer from service label)

7015 0640 0007 1533 6961

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: Terry]
☐ Agent
☐ Addressee

B. Received by (Printed Name): S Terry
C. Date of Delivery: 3-1-19

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053          Domestic Return Receipt

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Hoverson Law Offices, P.A.
333 Washington Avenue N., Ste 300
Minneapolis, MN 55401

USPS TRACKING#



9590 9403 0446 5169 1425 66