UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Allison Miller Waterbury,  BKY Case No. 18-42930

           Debtor.

_____

Allison Miller Waterbury,  ADV Case No. 19-04041

           Plaintiff,

v.

American University of Antigua,

           Defendant.

_____

    At Minneapolis, Minnesota, July 24, 2019.

    IT IS HEREBY ORDERED THAT the Plaintiff's motion for default judgment is continued to August 14, 2019, at 10 a.m.

Dated: *July 24, 2019*

*/e/ Michael E. Ridgway*
_____
Michael E. Ridgway
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/24/2019*
Lori Vosejpka, Clerk, by JS