UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Allison Miller Waterbury,                    BKY Case No. 18-42930

                   Debtor.

_____

Allison Miller Waterbury,                    ADV Case No. 19-04041

                   Plaintiff,

v.

American University of Antigua,

                   Defendant.

_____

At Minneapolis, Minnesota, July 24, 2019.

IT IS HEREBY ORDERED THAT the Plaintiff's motion for default judgment is

continued to August 14, 2019, at 10 a.m.

Dated:  *July 24, 2019*                    */e/ Michael E. Ridgway*
                                          _____
                                          Michael E. Ridgway
                                          Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *07/24/2019*
Lori Vosejpka, Clerk, by JS

United States Bankruptcy Court
District of Minnesota

Waterbury,
     Plaintiff
                                                  Adv. Proc. No. 19-04041-MER

American University of Antigua,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 0864-4       User: jamiesmit       Page 1 of 1           Date Rcvd: Jul 24, 2019
                               Form ID: pdf111     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
pla          +Allison Miller Waterbury,   1025 Yuma Lane N,   Plymouth, MN 55447-3608
dft          +American University of Antigua,   One Battery Park Plaza, 33rd Floor,   New York, NY 10004-1416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
        Michael K. Hoverson   on behalf of Plaintiff Allison Miller Waterbury hoverson@bitstream.net
        Timothy O'Brien   on behalf of Defendant   American University of Antigua
        timobrien@tobrienlaw.com,  kelley@eporterlaw.com
                                                       TOTAL: 2