**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

In re:

Allison Miller Waterbury

        Debtor.

        Bky. Case No. 18-42930
        Adv. Case No. 19-04041

_____

Allison Miller Waterbury,

        Plaintiff,

v.

American University of Antigua,

        Defendant.

**PLAINTIFF'S BANKRUPTCY RULE 7008 STATEMENT**

_____

The Plaintiff, Allison Miller Waterbury, consents to entry of final orders or judgment by this Court.

Dated: August 2, 2019

    /e/Michael K. Hoverson
    HOVERSON LAW OFFICES, P.A.
    By: Michael K. Hoverson
    Attorney for Plaintiff
    300 Union Plaza
    333 Washington Avenue North
    Minneapolis, MN 55401
    (612) 349-2728
    Attorney I.D. #175948