



American Education Services
P.O. Box 2461 Harrisburg, PA 17105-2461
Toll-free 1-800-233-0557 • TTY: Dial 711
Fax 717-720-3916 • International 717-720-3100
www.aesSuccess.org

JULY 26, 2019

#BWNDHKB
#B874 3823 9907 27L6#
ALLISON M WATERBURY
1025 YUMA LN N
PLYMOUTH MN 55447-3608



ACCT NUMBER: 4134181790

**THIS LETTER IS FOR YOUR INFORMATION ONLY.**

**WHY WE ARE CONTACTING YOU**
To provide you with the detailed loan information that was recently requested.

Pursuant to your request, this letter serves to advise you the lender and guarantor is American University of Antigua.

P601428:PS060SMRYA
4134181790  4134181790  ENOTIFY  00008192070000183

JULY 26, 2019

## LOAN INFORMATION FOR: ALLISON M WATERBURY

| LOAN TYPE: | BANHPL | ORIGINAL PRINCIPAL BALANCE: | $35,096.00 |
| --- | --- | --- | --- |
| DISBURSEMENT DATE: | 06/09/2010 | CURRENT PRINCIPAL BALANCE: | $55,140.15 |
| CURRENT LOAN STATUS: | REPAYMENT | CURRENT INTEREST RATE: | 11.593% |
| LOAN SEQUENCE: | 0001 | REPAYMENT TERM: | 109 MONTHS |
| DELINQUENCY: | 162 DAYS | INSTALLMENT AMOUNT: | $872.81 |
| LOAN TYPE: | BANHPL | ORIGINAL PRINCIPAL BALANCE: | $19,386.00 |
| DISBURSEMENT DATE: | 02/16/2011 | CURRENT PRINCIPAL BALANCE: | $38,164.36 |
| CURRENT LOAN STATUS: | REPAYMENT | CURRENT INTEREST RATE: | 11.843% |
| LOAN SEQUENCE: | 0002 | REPAYMENT TERM: | 109 MONTHS |
| DELINQUENCY: | 162 DAYS | INSTALLMENT AMOUNT: | $610.47 |
| LOAN TYPE: | BANHPL | ORIGINAL PRINCIPAL BALANCE: | $19,386.00 |
| DISBURSEMENT DATE: | 06/08/2011 | CURRENT PRINCIPAL BALANCE: | $37,045.86 |
| CURRENT LOAN STATUS: | REPAYMENT | CURRENT INTEREST RATE: | 11.843% |
| LOAN SEQUENCE: | 0003 | REPAYMENT TERM: | 109 MONTHS |
| DELINQUENCY: | 162 DAYS | INSTALLMENT AMOUNT: | $592.58 |
| LOAN TYPE: | AUAMED | ORIGINAL PRINCIPAL BALANCE: | $20,587.91 |
| DISBURSEMENT DATE: | 08/19/2008 | CURRENT PRINCIPAL BALANCE: | $39,557.10 |
| CURRENT LOAN STATUS: | REPAYMENT | CURRENT INTEREST RATE: | 9.000% |
| LOAN SEQUENCE: | 0007 | REPAYMENT TERM: | 185 MONTHS |
| DELINQUENCY: | 162 DAYS | INSTALLMENT AMOUNT: | $407.11 |
| LOAN TYPE: | AUAMED | ORIGINAL PRINCIPAL BALANCE: | $20,816.67 |
| DISBURSEMENT DATE: | 01/06/2009 | CURRENT PRINCIPAL BALANCE: | $39,334.52 |
| CURRENT LOAN STATUS: | REPAYMENT | CURRENT INTEREST RATE: | 8.875% |
| LOAN SEQUENCE: | 0008 | REPAYMENT TERM: | 174 MONTHS |
| DELINQUENCY: | 162 DAYS | INSTALLMENT AMOUNT: | $416.90 |
| LOAN TYPE: | AUAMED | ORIGINAL PRINCIPAL BALANCE: | $21,861.54 |
| DISBURSEMENT DATE: | 04/23/2009 | CURRENT PRINCIPAL BALANCE: | $40,482.35 |
| CURRENT LOAN STATUS: | REPAYMENT | CURRENT INTEREST RATE: | 8.875% |
| LOAN SEQUENCE: | 0009 | REPAYMENT TERM: | 174 MONTHS |
| DELINQUENCY: | 162 DAYS | INSTALLMENT AMOUNT: | $429.06 |
| LOAN TYPE: | BANHPL | ORIGINAL PRINCIPAL BALANCE: | $20,757.60 |
| DISBURSEMENT DATE: | 10/27/2011 | CURRENT PRINCIPAL BALANCE: | $38,214.21 |
| CURRENT LOAN STATUS: | REPAYMENT | CURRENT INTEREST RATE: | 11.843% |

*The balance listed above is not a payoff amount. If you intend to payoff your loan(s), both the current principal balance and any outstanding interest must be satisfied. To obtain a payoff amount please call our automated system at 1-800-233-0557, available 24 hours a day, 7 days a week.*

P601428:PS060SMRYA
4134181790  4134181790  ENOTIFY   0000819207000183

| LOAN SEQUENCE: | 0010 | REPAYMENT TERM: | 109 MONTHS |
| --- | --- | --- | --- |
| DELINQUENCY: | 162 DAYS | INSTALLMENT AMOUNT: | $611.27 |



*The balance listed above is not a payoff amount. If you intend to payoff your loan(s), both the current principal balance and any outstanding interest must be satisfied. To obtain a payoff amount please call our automated system at 1-800-233-0557, available 24 hours a day, 7 days a week.*