UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

*************************************************************************************************

In re:

Allison Miller Waterbury,                                                    JUDGMENT

       Debtor.

************************************************

Allison Miller Waterbury,

       Plaintiff,                                                         BKY 18-42930

v.                                                                                    ADV 19-04041

American University of Antigua,

       Defendant.

*************************************************************************************************

       This proceeding came before the Court, and a decision or order for judgment was duly rendered, the Honorable Michael E. Ridgway, United States Bankruptcy Judge, presiding.

       IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:  The Plaintiff's total debt to the Defendant is not excepted from the Plaintiff's discharge.

Dated:  August 14, 2019                                        Lori Vosejpka
At:      Minneapolis,  Minnesota.                           Clerk of Bankruptcy Court


                                                    By: /e/ Michael J. Stepan
                                                    Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 08/14/2019
Lori Vosejpka, Clerk, by MJS