UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

In re:

| | |
|---|---|
| Allison Miller Waterbury, | JUDGMENT |
| Debtor. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Allison Miller Waterbury, | |
| Plaintiff, | BKY 18-42930 |
| v. | ADV 19-04041 |
| American University of Antigua, | |
| Defendant. | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This proceeding came before the Court, and a decision or order for judgment was duly rendered, the Honorable Michael E. Ridgway, United States Bankruptcy Judge, presiding.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:  The Plaintiff's total debt to the Defendant is not excepted from the Plaintiff's discharge.

| | |
|---|---|
| Dated:  August 14, 2019 | Lori Vosejpka |
| At:     Minneapolis,  Minnesota. | Clerk of Bankruptcy Court |
| | |
| | By: /e/ Michael J. Stepan |
| | Deputy Clerk |

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/14/2019*
Lori Vosejpka, Clerk, by MJS

United States Bankruptcy Court
District of Minnesota

Waterbury,
    Plaintiff

Adv. Proc. No. 19-04041-MER

American University of Antigua,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0864-4     User: michaels     Page 1 of 1     Date Rcvd: Aug 14, 2019
                     Form ID: pdf111     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2019.
pla          +Allison Miller Waterbury,    1025 Yuma Lane N,    Plymouth, MN 55447-3608
dft          +American University of Antigua,    One Battery Park Plaza, 33rd Floor,    New York, NY 10004-1416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2019                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2019 at the address(es) listed below:
         Julia A. Christians     jchristians@lapplibra.com,
          lfrey@lapplibra.com;kstimpel@lapplibra.com;MN0A@ecfcbis.com
         Michael K. Hoverson     on behalf of Debtor 1 Allison Miller Waterbury hoverson@bitstream.net
         Michael K. Hoverson     on behalf of Plaintiff Allison Miller Waterbury hoverson@bitstream.net
         Timothy O'Brien     on behalf of Defendant     American University of Antigua
          timobrien@tobrienlaw.com,    kelley@eporterlaw.com
         US Trustee     ustpregion12.mn.ecf@usdoj.gov
                                                                                                     TOTAL: 5